DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARRETT CUNNINGHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2150

[June 4, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen M. McHugh, Judge; L.T. Case No. 13-013517 CF10A.

Garrett Cunningham, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***